Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
S. Phillip Song (SBN 326572)
E-mail: psong@moonlawgroup.com
Micaela de Guzman (SBN 363741)
E-mail: mdeguzman@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa Street, 31st Floor,
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff
CARLA ALMANZA

**DENTONS US LLP**
Erin F. Norris, State Bar No. 325090
erin.norris@dentons.com
Jemuel S. Gascon, State Bar No. 339241
jemuel.gascon@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant
MOLINA HEALTHCARE OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLA ALMANZA, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

MOLINA HEALTHCARE OF CALIFORNIA, a California corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-03466-MWF-SK

**JOINT STATUS REPORT**

Plaintiff Carla Almanza and Defendant Molina Healthcare of California, by and through their respective counsel of record, hereby submit the following Joint Status Report (*see* Dkts. 14, 18), which is submitted within ten (10) days of the resolution of this matter/

The Parties participated in mediation with Steve Serratore on September 2, 2026. On September 9, 2026, the Parties reached an agreement in principle to settle this matter on a class-wide basis. The Parties are finalizing a memorandum of understanding setting forth the material terms, after which they will negotiate and execute a long-form settlement agreement.

In compliance with the Court's Order (Dkt. 14), the Parties will file a further joint status report ninety (90) days from the filing of this report.

Dated: September 9, 2026

MOON LAW GROUP PC

By: ***/s/ Micaela de Guzman***

Kane Moon
Allen Feghali
S. Phillip Song
Micaela de Guzman

Attorneys for Plaintiff Carla Almanza

Dated: September 9, 2026

DENTONS US LLP

By: ***/s/ Erin F. Norris***
Erin F. Norris
Jemuel S. Gascon

Attorneys for Defendant MOLINA HEALTHCARE OF CALIFORNIA